IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| **LEE KENDRICK, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>-v-<br><br>**AUTOMATIC DATA PROCESSING, INC.,**<br><br>Defendants. | Civil Case Number: **5:19-cv-00483-KKC** |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 21, 2020 Stipulation of Dismissal, all claims asserted against Defendant **AUTOMATIC DATA PROCESSING, INC.** in Civil Action No. **5:19-cv-00483-KKC**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

The Clerk of Court is directed to strike this matter from the active docket.

**SO ORDERED THIS**  21st  **day of**  July  **, 2020.**

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY